AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:24-mj-00053 |
| David Scott Kuntz | ) Assigned To : Harvey, G. Michael |
| DOB:XXXXXX | ) Assign. Date : 2/8/2024 |
|  | ) Description: Complaint W/ Arrest Warrant |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant. in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 U.S.C. § 1512(c)(2) | - Obstruction of Justice/Congress, |
| 18 U.S.C. § 1752(a)(l) and (2) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_[redacted]_
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/08/2024__      _____
*Judge's signature*

City and state: _____Washington, D.C._____      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*